UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
v. ) Case No. 04-849-MBB
)
JULIO DANIEL GRANDE, )
Defendant )

## GOVERNMENT'S MOTION TO SEAL

The United States Attorney hereby respectfully moves the Court to seal the complaint, supporting affidavit, this motion and the Court's order on this motion, and any other paperwork related to this matter, until further order of this Court. As grounds for this motion, the government states that public disclosure of these materials might jeopardize the government's ability to arrest the defendant.

Dated: May 26, 2004

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
CYNTHIA W. LIE
Assistant U.S. Attorney

*[Handwritten margin notes: "May 26, 2004 allowed.", "Marianne B. Bowler, USMJ"]*