**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

UNITED STATES OF AMERICA

    v.                                                    MAGISTRATE JUDGE NO. <u>04-849-MBB</u>

JULIO DANIEL GRANDE

**<u>APPOINTMENT OF FEDERAL DEFENDER</u>**
**(Miriam Conrad)**

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is hereby ORDERED that the Federal Defender Office for the District of Massachusetts be appointed, effective as of <u>**July 8, 2004**</u> to represent said defendant in this cause until further order of the Court.

By:  <u>  /s/                                    </u>
      MARIANNE B. BOWLER
      Chief United States Magistrate Judge

DATE: <u> July 8, 2004          </u>

(FPDAPPNOTICECUSMJBMJCASE.wpd - 11/98)                                                    [koapptpd.]