AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF   MASSACHUSETTS

| | | | | | |
|---|---|---|---|---|---|
| UNITED STATES<br>V.<br>JULIO DANIEL GRANDE | | | | **EXHIBIT AND WITNESS LIST**<br><br>Case Number:  04-849-MBB | |
| PRESIDING JUDGE<br>BOWLER | | | PLAINTIFF'S ATTORNEY<br>CYNTHIA LIE | | DEFENDANT'S ATTORNEY<br>MIRIAM CONRAD |
| TRIAL DATE (S)<br>7/14/04, 7/15/04 | | | COURT REPORTER<br>DIGITAL | | COURTROOM DEPUTY<br>SACCOCCIO |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| | | 7/14/04 | | | SPC. AGENT HENRY BASILE |
| 1 | | 7/14/04 | X | X | AFFIDAVIT |
| 2 | | 7/14/04 | X | X | BANK STATEMENTS |
| 3 | | 7/14/04 | X | X | DEPOSIT AND COPIES OF MONEY ORDERS |
| | | 7/14/04 | | | YULY GRANDE called by Conrad |
| | A | 7/14/04 | X | X | Copy of U.S. Passports |
| | B | 7/14/04 | X | X | Copy of pay stub from ADT Security Services |
| | C | 7/14/04 | X | X | Appraisal |
| | D | 7/14/04 | X | X | Statement from Irwin Mortgage |
| | | 7/15/04 | | | SP. AGENT BASILE ( continued cross examination) |
| | E | 7/15/04 | X | X | S. D. of Florida Warrant of Removal |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of  1   Pages