**FEDERAL DEFENDER OFFICE**
DISTRICT OF MASSACHUSETTS
408 ATLANTIC AVENUE, 3RD FLOOR
BOSTON, MASSACHUSETTS 02110

TELEPHONE: 617-223-8061
(FAX) 617-223-8080

July 20, 2004

Hon. Marianne B. Bowler
United States Magistrate Judge
c/o Dianalynn Saccoccio
U.S. District Court
One Courthouse Way
Boston, MA 02210

Re: United States v. Julio Grande
    Magistrate-Judge's No. 04-849MBB

Dear Judge Bowler:

After the continued detention hearing held yesterday, I spoke again with Jeff Bohn in the U.S. Marshals Office. He explained to me that the Marshals could arrange transportation _in custody_ to Florida for Mr. Grande if he were to remain in custody until his trip was complete and if the court were to issue an appropriate order. The confusion seems to have resulted from Mr. Bohn's understanding that Mr. Grande was to be released in this district. He indicated that, so long as Mr. Grande was to remain in custody during the time that he was being transported and was being transported to another district, use of the airlift would be appropriate. Mr. Bohn notes that it will take several weeks to transport Mr. Grande on the airlift, as he would not be transported directly from Boston to Tampa.

I therefore propose conditions, as previously outlined, with an order that includes the following or similar language: "that Mr. Grande is to remain in custody until his arrival in the Middle District of Florida (Tampa), where he is to be released in order to permit him to report to Pretrial Services. The U.S. Marshals shall transport Mr. Grande _in custody_ to the Middle District of Florida in Tampa. Upon his arrival, he shall report immediately to Pretrial Services in Tampa so that he may be hooked up to electronic monitoring. His third-party custodian

FEDERAL DEFENDER OFFICE

-2-

and co-surety, Yuly Grande, shall meet him at Pretrial Services in Tampa and transport him to her home."

I have conferred with Mr. Bohn regarding the proposed order and he has told me that it would be honored by the marshals.

Respectfully,

Miriam Conrad

MC:bab

cc: AUSA Cynthia Lie
    AUSA Susan Poswistilo
    Pretrial Services
      Officer Joshua Ulrich
    Jeff Bohn, U.S. Marshal Service