UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | MAGISTRATE-JUDGE'S |
| | ) | NO. 04-849-MBB |
| | ) | |
| JULIO DANIEL GRANDE | ) | |


DEFENDANT'S MOTION FOR ORDER THAT U.S. MARSHALS
TRANSPORT DEFENDANT <u>IN CUSTODY</u> TO U.S. DISTRICT COURT
<u>IN MIDDLE DISTRICT OF FLORIDA</u>


Defendant, Julio Daniel Grande, moves that this Court order the U.S. Marshals to transport him to the U.S. District Court for the Middle District of Florida in Tampa, in order to facilitate his release to Pretrial Services in that district.

Although the Order Setting Conditions of Release in this case specifically provides for the Marshals to transport Mr. Grande, the Marshals have informed undersigned counsel that a separate order is necessary.  Therefore, defendant seeks an order stating:

The U.S. Marshals shall transport Mr. Grande <u>in custody</u> to the Middle District of Florida in Tampa.  Upon his arrival, he shall report immediately to Pretrial Services in Tampa so that he may be hooked up to electronic monitoring.

JULIO DANIEL GRANDE
By his attorney,

/s/Miriam Conrad

Miriam Conrad
   B.B.O. # 550223
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA 02110
Tel: 617-223-8061