# EXHIBIT A

I, Julio Daniel Grande, hereby agree that, in the event that I should fail to appear as required in this matter, <u>United States v. Julio Daniel Grande</u>, Magistrate-Judge's No. 04-849MBB, and a warrant should issue for my arrest, I will not contest the right of the Colombian government, or any other foreign government, or its agents to effect my arrest and transfer to the United States, nor will I contest any efforts by the United States government to effect my arrest and appearance before the U.S. District Court for the District of Massachusetts. I will consent to extradition from Colombia or any other country where I might be found.

I understand that by making this waiver I am giving up important rights to contest my transfer to the United States for prosecution. I do so willingly, freely, and voluntarily.

Dated:

_____
Julio Daniel Grande
8/3/04

_____
Miriam Conrad
Attorney for Defendant