UNIT DEED

RODRIGO DASILVA and YULY GRANDE,
(Grantors)

GRANT TO: United States District Court
OF Boston, Suffolk County, Massachusetts
(Grantee)

The dwelling Unit and land in North Port, Sarasota County, Florida located at 5788 N. Cranberry Blvd., North Port, Florida.

Said property is further described as Lot 4, Block 1114, 25th Addition to Port Charlotte Subdivision according to the plat thereof as recorded in Plat Book 15 at pages 2, 2A through 2Q of the Public Records of Sarasota County, Florida.

Subject to covenants, conditions, restrictions, reservations, limitations, easements and agreements of record, if any; taxes and assessments for the year 2004 and subsequent years; and to all applicable zoning ordinances and/or restrictions and prohibitions imposed by governmental authorities, if any;

Together with all the tenements, hereditaments, and appurtenances thereto belonging or in anywise appertaining.

To Have and to Hold, the same in fee simple forever.

And the grantor hereby covenants with said grantee that it is lawfully seized of said land in fee simple, that it has good right and lawful authority to sell and convey said land; that it hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever and that said land is free of all encumbrances.

Meaning and intending and hereby conveying the same premises conveyed to Rodrigo DaSilva and Yuly Grande by deed from Windemere Homes, Inc. dated November 18, 1999 and recorded with said Deeds in the Circuit Court, Sarasota Conty, Florida, as Instrument #1999159188.

*WITNESS our hand and seals this 24th day of July 2004.

Signed and sealed
in the presence of

_____    _____
                                   Rodrigo DaSilva

                                   _____
                                   Yuly Grande

STATE OF FLORIDA

, 2004

Then personally appeared the above-named Rodrigo DaSilva and Yuly Grande and acknowledged the foregoing instrument to be their free act and deed before me,

_____
NOTARY PUBLIC
My commission expires:_____

SUSAN C. SCOTT
Notary Public, State of Florida
My commission expires Feb. 19, 2007
No. DD 185128