UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04 mj 00849 MBB |
| | ) | |
| JULIO DANIEL GRANDE | ) | |
| | ) | |

MOTION TO EXCLUDE TIME UNDER SPEEDY TRIAL ACT

_____Now come the parties in the above-numbered case and move that the period of time between the status conference on May 25, 2005, and the next conference on July 22, 2005, be excluded from the calculations of the Speedy Trial Act, in the interests of justice.

           JULIO DANIEL GRANDE
           By his attorney,

           /s/ Page Kelley
           Page Kelley
             B.B.O. #548237
           Federal Defender Office
           408 Atlantic Avenue, 3rd Floor
           Boston, MA  02110
           Tel: 617-223-8061

Date: May 25, 2005